# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3222
L.T. Case No. 55-2022-DR-2294

_____

KATIE AMANDA RUFFIN,

Appellant,

v.

SAMUEL MCCORMICK RUFFIN,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County, Christopher Scott Ferebee, Judge.

Christine C. Leonard, of Leonard Legal P.A., St. Augustine, for Appellant.

No Appearance for Appellee.

October 23, 2025

PER CURIAM.

AFFIRMED.

MAKAR, SOUD, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————